THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EDWARD A. BOEHM and FRITZ BOEHM, Appellants.

Submitted February 28, 1955; decided March 3, 1955.

*Edward A. Boehm* and *Fritz Boehm,* in person, for motion. No one opposed.

Motion to have appeal heard upon original record and type-written briefs and for assignment of counsel granted and William H. McKeon, Esq., 401 Metcalf Building, Auburn, New York, assigned as counsel to defendants on the appeal herein.